[No. 39563-1-II.  Division Two.  May 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. D.W.W.,
*Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-8-00037-9, Richard L. Brosey, J., entered July 14, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 62523-3-I.  Division One.  May 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY SMITH,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00831-9, Palmer Robinson, J., entered September 30, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.

[No. 62843-7-I.  Division One.  May 24, 2010.]

SCOTT E. STAFNE, *Appellant*, v. SNOHOMISH COUNTY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-2-01379-3, John M. Meyer, J., entered December 10, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Ellington, JJ.

[No. 63038-5-I.  Division One.  May 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON ERNEST
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07773-6, Douglass A. North, J., entered February 13, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Lau, J.